LAW OFFICES OF LESLIE R. KOP

| | |
|---|---|
| LESLIE R. KOP | 4794 |
| BRENDA E. MORRIS | 3462 |
| ADRIAN Y. CHANG | 3165 |
| MICHAEL A. LORUSSO | 3448 |
| WADE J. KATANO | 6496 |
| **RANDALL Y. KAYA** | **3972** |

1100 Ward Avenue, Suite 500
Honolulu, Hawaii  96814
Telephone: (808) 527-7103
Facsimile:  (808) 527-7102
Email Address: rkaya@staffcounsel808.com

Attorneys for Defendant
THE ASSOCIATION OF APARTMENT
OWNERS OF KEAUHOU PUNAHELE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NELSON DE CARVALHO, | ) | CIVIL NO. 17-00076 JAO-WRP |
| | ) | (Tort) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE OF ALL |
| THE ASSOCIATION OF | ) | CLAIMS AND PARTIES |
| APARTMENT OWNERS OF | ) | |
| KEAUHOU PUNAHELE; | ) | |
| WESTSIDE ELECTRIC, LLC; and | ) | Trial Date: September 9, 2019 |
| DOE DEFENDANTS 1-20, | ) | Judge: Honorable Jill A. Otake |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION FOR DISMISSAL WITH
## PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NELSON DE CARVALHO and Defendant THE ASSOCIATION OF APARTMENT OWNERS OF KEAUHOU PUNAHELE, by and through their counsel undersigned, that the above-captioned case be hereby dismissed with prejudice.

The parties to this stipulation have agreed to a settlement of all claims and causes of action by and between the parties hereto, and each party shall bear their own legal fees and costs.

All counsel for appearing parties have signed the Stipulation for Dismissal with Prejudice of All Claims and Parties and there are no remaining parties or issues.

It is further stipulated that the parties hereto waive any and all rights to file any further claims and/or counterclaims relating to this action which could have heretofore been filed.

This stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  Honolulu, Hawaii, September 11, 2019.

/s/ JANICE D. HEIDT
RICHARD TURBIN
RAI SAINT CHU
JANICE D. HEIDT
Attorneys for Plaintiff
NELSON DE CARVALHO

/s/ RANDALL Y. KAYA
LESLIE R. KOP
BRENDA E. MORRIS
RANDALL Y. KAYA
ADRIAN Y. CHANG
MICHAEL A. LORUSSO
WADE J. KATANO
Attorneys for Defendant
THE ASSOCIATION OF APARTMENT
OWNERS OF KEAUHOU PUNAHELE

APPROVED AS TO FORM:

Jill A. Otake
United States District Judge

Nelson De Carvalho v. The Association of Apartment Owners of Keauhou
Punahele; Civil No. 17-00076 JAO-WRP; Stipulation for Dismissal with Prejudice
of All Claims and Parties